IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SANDRA MICHELE BECK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-218-Z |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| | § | |
| Defendant. | § | |

# ORDER

On November 23, 2020, the United States Magistrate Judge entered findings and conclusions (ECF No. 72) on Defendant's Motion for Summary Judgment (ECF No. 45). The Magistrate Judge RECOMMENDS that Defendant's motion be GRANTED. Plaintiff filed objections to the findings, conclusions, and recommendation on December 17, 2020. (ECF No. 75). Defendant did not file a response.

After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the Magistrate Judge, and Plaintiff's objections, the Court concludes that the findings and conclusions are correct. Plaintiff's objections do little more than rehash the arguments made before the Magistrate Judge which were thoroughly addressed in the FCR. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED. Plaintiff's claims are DISMISSED.

**SO ORDERED**.

January 27, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE